DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA  95267
Telephone: (866)790-2242
Facsimile: (888)802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON


JOHN DUMAS ROCHELLE, SBN 172173
LAW OFFICE OF JOHN DUMAS ROCHELLE
6855 Fair Oaks Boulevard, Suite 100
Carmichael, CA 95608
Telephone: (916) 769-4444
Facsimile: (916) 486-9560
Email: auto.law@comcast.net

Attorney for Defendants:
VINTAGE INVESTMENT
PARTNERSHIP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>            PLAINTIFF,<br><br>     v.<br><br>VINTAGE INVESTMENTS PARTNERSHIP dba ROBERT ZAMORA, and, or, TOYOTA OF STOCKTON, and, or, TOYOTA TOWN, TOYOTA NORTH AMERICA, INC., and DOES 1-10, inclusive,<br><br>            DEFENDANTS. | Case No.:   2:14-cv-00544-MCE-KJN<br><br>**ORDER GRANTING STIPULATED DISMISSAL**<br><br> [Fed. R. Civ. P. 41] |

ORDER GRANTING STIPULATED DISMISSAL

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS HEREBY ORDERED**, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER GRANTING STIPULATED DISMISSAL

2